Received, Clerk, Supreme Court
MAY 25 2023

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_ucc1-308 gregory d. beard_,

Inmate ID Number: _69755/60777_,

_____,

(Write the full name and inmate ID number of the Plaintiff.)

v.

_Gainesville Sun News Paper_,

_Gainesvilles fox TV 20 News_,

_____,

(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

_____/

Case No.: _2021CF002391A_
(To be filled in by the Clerk's Office)

1:23CV145 MW/HTC

**Jury Trial Requested?**
☐ YES  ☐ NO

[Notary seal: ANTOINETTE G BURNS, Notary Public - State of Florida, Commission # GG 958701, My Comm. Expires Feb 16, 2024, Bonded through National Notary Assn.]

NOTARY [signature] 5/10/23

FILED USDC FLND GN
JUN 5, '23 PM2:07

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: <ins>uccl-308 gregory deatrick beard</ins>   ID Number: _____

List all other names by which you have been known: <ins>N/A</ins>

_____

Current Institution: _____

Address: _____

_____

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: <ins>The Gainesville Sun NewsPaper</ins>

   Official Position: <ins>Company</ins>

   Employed at: <ins>Gainesville Suns Inc.</ins>

   Mailing Address: _____

   _____

   ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _TV 20 News of Gainesville fl._

   Official Position: _Company_

   Employed at: _Fox TV 20 News_

   Mailing Address: _6220 N.W. 43rd St Gainesville, FL 32653_

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee         ☑ Civilly Committed Detainee

☐ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee      ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. 836.04 Defamation! The "Gainesville Sun" slandered
2. my name an Personality in the New Paper on or about July
3. 17th 2022. Saying that i was a burgular and that I
4. had committed multiple thiefs. Punishing my name character
5. and Personality because the community while at the
6. same time, not being sure of there aqusations against
7. me, however All charges where dismiss of the 8 charges
8. within the fourt Cases I never giving the Gainesville
9. Sun New Papers nor Clay County oR any County the ok to
10. use my name, not for Cyberintimidation by publication
11. nor Punishment for libel regarding me and my Innocense.
12. Derogatory statement Concerning theifs, bugularys or
13. an anything else named against my honorable name.
14. The Gainesvill Sun and fox 20 news extorted my name
15. and good standings with my Community, with threats
16. of Capturing me off of all fraudelent assumptions
17. which Proved its'self when All charges were Dismissed.
18.

**Statement of Facts Continued** *(Page 2 of 2)*

1. 836.11 TV 20 fox news Publication which tended to
2. expose persons to hatered, contempt, or ridicule is
3. prohibited by me and yet "Fox 20 new" insulted me
4. in this way! I never given the news media
5. any reasons to slandered my name in the Public.
6. and yet they did this to me. This act of insanity
7. caused me great depression, anxiety and stress.
8. My community and I witness the insulting attack against
9. myself gregory d'beard. TV 20 new not only tainted my
10. name but my character and personality also, by smearing
11. my face onto it's media platform without my permis-
12. sion or say so. Now I am branded as a thug and crook
13. while setting in Jail with All dismissed charges that
14. was placed on my name and face.
15.
16.
17.
18.
19.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. Section 23 Right of Privacy ["The Gainesville Sun News Paper,"] This
2. agency Slandered by Name and Character in there News Paper regard- in criminal charges that was dismissed

1. Section 12 Searches and Seizures: ["The "fox News TV 20"] Slandered my "Name" -
2. a exposed "my face" based off charges that was dismissed. Defamation.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

_____

_____

_____

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: N/A  Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☑ NO

If you answered yes, identify all lawsuits:

1. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: N/A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases.* ***Failure to disclose all prior cases may result in the dismissal of this case.****)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: __/__/2023  Plaintiff's Signature: ucc 1-308 gregory dedrick beard

Printed Name of Plaintiff: gregory d. beard dedrick,

Correctional Institution: Alachua County Jail Detention Facility

Address: 3333 N.E. 39th AVE, Gainesville FL 32609

**I certify and declare, under penalty of perjury, that this complaint was (check one)** ☑ **delivered to prison officials for mailing or** ☐ **deposited in**

the prison's mail system for mailing on the ___12___ day of ___May___,
20 _23_.

Signature of Incarcerated Plaintiff: _gregory d. beard_

ANTOINETTE G BURNS
Notary Public - State of Florida
Commission # GG 958701
My Comm. Expires Feb 16, 2024
Bonded through National Notary Assn.

Notary: _[signature]_
5/12/23



Regory D. Heard
226 SW Allapattah Rd
Indian Town, FL 34956

Legal Mail
(2019 CF000588 A)
Docket #(23-335)
Judicial Qual Commission

United States District Court
401 SE First Ave
Gainesville, FL 32601

WEST PALM BCH FL 334 Quadient
2 JUN 2023 PM 3 L
05/31/2023
US POSTAGE $000.60°
FIRST-CLASS MAIL
ZIP 34956
041M10450418

CHECKED JUN 05 2023

32601-609550