## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**GREGORY D. BEARD,**

       *Plaintiff*,

v.                                 **Case No.: 1:23cv145-MW/MAF**

**GAINESVILLE SUN NEWSPAPER,**
**et al.,**

       *Defendants.*
_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6.

Plaintiff argues that he brings this claim in good faith and that he "seeks to resolve the fee payment" with "help" from this Court, *see* ECF No. 6, but this does not help his claim. First, Plaintiff's assertion that he brings this case in good faith does nothing to rebut the well-reasoned analysis from the Magistrate Judge explaining why Plaintiff's failure to disclose his previous cases is an abuse of the judicial process. Second, Plaintiff's request for help with the filing fee in this case ignores the mandatory language of 28 U.S.C. § 1915(g):

*In no event* shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, *unless* the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g) (emphasis added). In plain terms, because Plaintiff is a three-striker, he *must* pay the filing fee in full before this case can proceed unless he can show that he faces imminent danger of serious physical injury. Plaintiff makes no such showing. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g), as well as for being malicious based upon Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on July 6, 2023.**

**s/Mark E. Walker                              **
**Chief United States District Judge**